Matter of A.J.W.M. (2026 NY Slip Op 50288(U))

[*1]

Matter of A.J.W.M.

2026 NY Slip Op 50288(U)

Decided on March 10, 2026

Supreme Court, Rensselaer County

Mendez, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on March 10, 2026
Supreme Court, Rensselaer County

In the Matter of the Application of A.J.W.M., for a Carry Concealed Firearm Permit.

Index No. XXXXX

A.J.W.M.
Applicant pro se

Noel Mendez, J.

Applicant A.J.W.M. ("Applicant") filed an application with Supreme Court, Rensselaer County, in April of 2025, seeking a "Carry Concealed" firearm permit. For the reasons that follow, the Court denies the application.I.In April of 2025, Applicant filed an application — sworn to and signed before a duly licensed notary public under penalties of fine, imprisonment, and denial of said application for knowingly providing false information — seeking a "Carry Concealed" firearm permit in the County of Rensselaer. Included with the application was a report regarding Applicant's psychiatric history at the Hutchings Psychiatric Center in Syracuse, New York from July of 2013. Applicant signed a release form giving the Town of East Greenbush Police Department permission to obtain the report from the facility. The Town of East Greenbush Police Department, in turn, provided the report to the Rensselaer County Pistol Permit Clerk and, thus, the Court.
II.
Penal Law § 400.00 (1) provides that no firearm permit shall be issued without thorough investigation and a finding that all statements on the application are true. Penal Law § 400.00 (1) (i) requires an applicant to state in their application to the licensing officer whether they have ever suffered from any mental illness. "Mental illness" is defined in the Mental Hygiene Law as an affliction with a mental disease or condition manifested by a disorder or disturbance in behavior, feeling, thinking, or judgment to such an extent that the person requires care, treatment, and rehabilitation (see MHL § 1.03[20]; Matter of James Q., 192 AD3d 1370, 1371 [3rd Dept 2021]). As relevant here, dysthymic disorder is considered to be a form of low to moderate chronic depression (see e.g. Matter of Karen GG., 72 AD3d 1156, 1158 [3rd Dept 2010], lv denied 14 NY3d 713 [2010]).
An in camera review of Applicant's psychiatric history, which was obtained by the Town of East Greenbush Police Department pursuant to a medical release form signed by Applicant, reveals that Applicant was diagnosed at Hutchings Psychiatric Center in Syracuse, New York, in July of 2013, with, among other things, dysthymic disorder accompanied by "mixed disturbance of mood and conduct." Applicant, however, answered "No" when asked on the application whether they have "ever suffered any mental illness." Based on Applicant's failure to disclose this information, Applicant's application for a firearm permit is denied.
III.
ORDERED, ADJUDGED, and DECREED, that Applicant's firearm permit application is hereby DENIED.
This shall constitute the Decision and Order of the Court.
Dated: March 10, 2026
Troy, New York
Hon. Noel Mendez
Acting Justice of the Supreme Court
Papers Considered:
1. Applicant's application papers.
2. Applicant's psychiatric history records.